LAW OFFICE OF JULIO E. PORTILLA, P.C.
Julio E. Portilla, Esq.
555 Fifth Avenue, 17th Floor
New York, NY 10017
Tel: (212) 365-0292
Fax: (212) 365-4417

*Proposed Attorneys for 5th Street Parking LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>5th STREET PARKING LLC<br><br>            Debtor | Chapter 11<br><br>Case No.: 18-13979-mg |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the Status Conference that is currently scheduled for **March 12, 2019 at 11:00 a.m.** is hereby adjourned to **April 9, 2019 at 11:00 a.m**.

Dated: New York, New York
       March 11, 2019

                                        Respectfully submitted,

                                        **LAW OFFICE OF JULIO E. PORTILLA, P.C.**

                                        By:     */s/ Julio E. Portilla*
                                        Julio E. Portilla, (0690)
                                        Law Office of Julio E. Portilla, P.C.
                                        555 Fifth Avenue, 17th Floor
                                        New York, NY 10017
                                        Tel: (212) 365-0292